ADELLA C. FRAME and ADELLA C. FRAME, Executrix under the Last Will and Testament of LILLIE C. DRAPER, Deceased,

Defendants Below, Appellants,

*vs.*

JOHN P. CANN, Custodian of a Fund under the Last Will and Testament of CLARA L. CLAYTON, Deceased,

Complainant Below, Appellee,

MARY W. VANSANT, CLARENCE R. CLAYTON, and JOHN P. CANN, Administrator of the Estate of Richard C. Draper, Deceased,

Defendants Below, Appellees.

*Supreme Court, On Appeal, Oct.* 29, 1940.

LAYTON, C. J., and RICHARDS, SPEAKMAN, and TERRY, JJ., sitting.

*Marvel & Morford,* for appellants.

*Daniel F. Wolcott,* for Mary W. VanSant and John P. Cann, administrator of the estate of Richard C. Draper, deceased, appellees.

PER CURIAM.

The decree of the court below is affirmed on the opinion of the Vice-Chancellor filed February 29, 1940, *Cann v. Van Sant, et al., ante p.* 300, 11 *A.* 2d 388.